UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BERTHA OCHOA DE AVALOS,<br>    Plaintiff,<br><br>v.<br><br><br>THE HOME DEPOT a/k/a<br>HOME DEPOT USA, INC.,<br>    Defendant. | Civil Action No. _____<br><br><br>**NOTICE OF REMOVAL**<br>REMOVED FROM:<br>SUPERIOR COURT FOR THE<br>JUDICIAL DISTRICT OF<br>STAMFORD AT STAMFORD |

**NOTICE OF REMOVAL**

NOW COMES the Defendant, Home Depot U.S.A., Inc., improperly identified as "The Home Depot a/k/a Home Depot U.S.A., Inc." ("Home Depot"), by and through its undersigned counsel, and hereby files its Notice of Removal of this action from the Superior Court for the Judicial District of Stamford at Stamford, State of Connecticut, to the United States District Court for the District of Connecticut.  Home Depot appears for the purpose of removal only and for no other purpose.  It reserves all defenses and rights available to it, and states as follows:

    1.    On or around October 31, 2023, the Plaintiff filed this action in the Superior Court for the Judicial District of Stamford at Stamford, State of Connecticut, as Civil Action No. FST-CV-6063866-S (the "Action.")

    2.    The Complaint alleges that on or about October 12, 2021, the Plaintiff was shopping at the Home Depot store in Norwalk, CT, when a her feet became entangled with plastic netting while walking through the plant display, causing her to trip and fall.

    3.    As a result of Home Depot's purported negligence, the Plaintiff claims to have suffered permanent injuries, including, but not limited to a traumatic complete full thickness tear

of the right rotator cuff and a complete tear of the posterior fibers of the supraspinatus tendon, requiring surgical intervention. Plaintiff also claims to have suffered injuries to the right wrist and left elbow, in addition to headaches, discomfort, emotional distress, and mental anguish.

4. As a result of her injuries, Plaintiff alleges to have incurred large sums of money for examinations, x-rays, medications and therapy and anticipates future medical care will be necessary.

5. Plaintiff claims her damages exceed $75,000.

6. According to the Complaint, Plaintiff is a resident of the City of Norwalk, State of Connecticut.

7. On or around October 17, 2023, Plaintiff served a copy of the Summons and Complaint upon Home Depot's registered agent for the service of process.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendants in the Action is attached as **Exhibit 1**.

9. Home Depot is a Delaware corporation with a principal place of business in Atlanta, Georgia.

10. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over the Action, which is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq., because the amount in controversy exceeds $75,000, exclusive of interests and costs, and there is complete diversity between the Plaintiff, a resident of Connecticut, and Home Depot, a resident of Delaware and Georgia.

11. Home Depot has not yet filed a pleading in response to the Complaint and no orders have been issued in this Action.

12.     Pursuant to 28 U.S.C. § 1446(d), Home Depot promptly will file a copy of this Notice of Removal with the Clerk for the Superior Court for the Judicial District of Stamford at Stamford, State of Connecticut, and will serve a copy of the same on counsel for Plaintiff.

WHEREFORE, Defendant, Home Depot U.S.A., Inc. respectfully removes the Action now pending in the Superior Court for the Judicial District of Stamford at Stamford, State of Connecticut, as Civil Action No. FST-CV-23-6063866-S, to the United States District Court for the District of Connecticut.

>
> Respectfully Submitted,
> Defendant,
> Home Depot U.S.A., Inc.,
> By its attorney,
>
> _/s/ Caroline B. Lapish_____
> Caroline B. Lapish, Esq., CT 30238
> Manning Gross + Massenburg LLP
> 125 High Street
> Oliver Street Tower, 6th Floor
> Boston, MA 02110
> clapish@mgmlaw.com
> Phone: (617) 670-8304

Dated: November 15, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by First Class Mail, postage prepaid, on November 15, 2023 upon:

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851

> _/s/ Caroline B. Lapish_____
> Caroline B. Lapish